IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GEORGE RICHARDS,

    Plaintiff,

  v.

NEW CENTURY MORTGAGE CORPORATION,

    Defendants.
_____/

No. 10-01267 EDL

**ORDER GRANTING APPLICATION TO APPEAR TELEPHONICALLY**

    On May 7, 2010, Counsel for defendants Carrington Mortgage Services, LLC and Wells Fargo Bank filed a request to appear telephonically at the motion hearing set for May 11, 2010 at 9:00 a.m. Good cause appearing, IT IS HEREBY ORDERED that the Request is GRANTED. Counsel shall stand by beginning at the date and time above until called by the Court.

Dated: May 10, 2010

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge